[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 99-1849

DAVID H. COLTIN,

Plaintiff, Appellant,

v.

TOWN OF LONDONDERRY; CHRISTOPHER CHILDS; WILLIAM R. HART JR.;
ETHEL COLTIN; FRANCIS RAPISARDI,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, Jr., U.S. District Judge]

Before

Torruella, Chief Judge,
Selya and Boudin, Circuit Judges.

David H. Coltin on brief pro se.
Donald E. Gardner and Devine, Millimet & Branch on brief for
appellees.

SEPTEMBER 8, 2000

**Per Curiam**. Plaintiff Coltin appeals from a summary judgment dismissing all claims in his complaint on the merits. The complaint asserted claims under 42 U.S.C. § 1983, as well as state law claims of false arrest and malicious prosecution. Upon <u>de</u> <u>novo</u> review of the judgment in light of the parties' briefs and appendix materials, we <u>affirm</u> substantially for the reasons set forth in the district court's thorough and well-reasoned opinion of May 5, 1999, and in the order denying reconsideration of June 9, 1999.

**Affirmed.** <u>See</u> Loc. R. 27(c).